**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

FILED
MAR 13 2003
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| JOHN GRASS, Individually and on behalf of the Estate and Next-of-Kin of Nancy Grass, Deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03CV175 EA(J) |
| The UNITED STATES of AMERICA; CLAREMORE INDIAN HOSPITAL BOARD OF DIRECTORS CORPORATION, an Oklahoma Nonprofit Corporation d/b/a U.S.P.H.S. CLAREMORE INDIAN HOSPITAL; AMO SALINA COMMUNITY CLINIC; TIM SANFORD, D.O.; BETH A. MILLER, D.O.; EARL ROBIN WESTERN, D.O.; and JAMES MATTHEW STAHL, P.A., | ) | |
| Defendants. | ) | **JURY TRIAL REQUESTED** **ATTORNEY LIEN CLAIMED** |

**COMPLAINT**

COMES NOW the Plaintiff, John Grass, Individually and on behalf of the Estate and Next-of-Kin of Nancy Grass, deceased, by and through his attorney of record, Lisa R. Riggs of Riggs, Abney, Neal, Turpen, Orbison & Lewis, and for his Complaint against Defendants, the United States of America ("United States"), Claremore Indian Hospital Board of Directors Corporation, an Oklahoma Nonprofit Corporation d/b/a U.S.P.H.S. Claremore Indian Hospital ("Claremore Indian Hospital"), AMO Salina Community Clinic ("Salina Clinic"), Tim Sanford, D.O. ("Dr. Sanford"), Beth A. Miller, D.O. ("Dr. Miller"), Earl Robin Western, D.O. ("Dr. Western"), and James Matthew Stahl, P.A. ("Mr. Stahl"), alleges and states as follows:

**JURISDICTION AND VENUE**

1. This litigation is a medical negligence action involving the substandard investigation, examination, diagnosis and treatment of Plaintiff's deceased wife, Nancy Grass, at two separate facilities — Claremore Indian Hospital and Salina Clinic — both of which provide health care under and/or operate as a part of the Indian Health Service and/or the Public Health Service, agencies of the United States Department of Health and Human Services.

2. Plaintiff's claims arise under and are brought against the United States pursuant to 28 U.S.C.A. §§ 2671 *et seq.* ("the Federal Tort Claims Act" or "FTCA") seeking monetary damages for the death of Plaintiff's wife, Nancy Grass, caused by the negligent or wrongful acts or omissions of the United States, Claremore Indian Hospital and Salina Clinic, and their respective agents, servants, and/or employees whom, while acting within the scope of their office or employment, failed to timely and appropriately investigate, diagnose, treat and/or refer Nancy Grass for medical treatment during September 2000 and October 2000. Exclusive jurisdiction over such claims is conferred upon this Court by 28 U.S.C.A. § 1346(b)(1).

3. Venue is proper in this district under 28 U.S.C.A. § 1402(b) in that Plaintiff resides within this district in Mayes County and the acts or omissions giving rise to Plaintiff's claims occurred within this district in Claremore, Oklahoma and Salina, Oklahoma.

4. This Court has supplemental jurisdiction pursuant to 28 U.S.C.A. § 1367 over Plaintiff's state law negligence claims against Dr. Sanford, Dr. Miller, Dr. Western, and Mr. Stahl (which are pled alternatively herein to the extent the United States is ultimately not liable for such individuals as its agents, servants or employees) because all of Plaintiff's claims (a) arose from the same operative facts and/or series

of events so as to form part of the same case or controversy under Article III of the U.S. Constitution, (b) involve joint tortfeasors and (c) would be properly pursued together in one state court judicial proceeding if not for this Court's exclusive jurisdiction over Plaintiff's FTCA claim against the United States.[1]

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

5. In compliance with the FTCA, 28 U.S.C.A. § 2675, Plaintiff timely presented written notice of his claim to the United States on June 28, 2002 seeking monetary damages in the sum of Two Million Dollars ($2,000,000.00) for the wrongful death of his wife, Nancy Grass. A copy of Plaintiff's FTCA notice is attached hereto and labeled "Exhibit A."

6. The United States, more particularly the Department of Health and Human Services, received Plaintiff's FTCA notice on July 9, 2002.

7. The United States has had more than six (6) months to respond to or otherwise take action on Plaintiff's claims. As of the filing of this Complaint, no such response or action has been taken and/or communicated to Plaintiff. The United States' failure to make final disposition of Plaintiff's claims within the requisite six (6) months shall, at the option of the claimant, be deemed a final denial of Plaintiff's claims under 28 U.S.C.A. § 2675.

---

[1] Despite Plaintiff's requests, the United States has not disclosed the nature of its relationship to Dr. Sanford, Dr. Miller, Dr. Western and Mr. Stahl. Before the statute of limitations expired in October of 2002, Plaintiff was thus forced to file an action in state court (*i.e.*, the District Court in and for Rogers County, Case No. CJ-2002-553) against these four individuals to preserve his claims in the event that the United States is not liable for the actions or omissions of such individuals. Other than the Complaint being filed and served, nothing has transpired in Plaintiff's state court case. During the pendency of the instant action, Plaintiff will certify to this Court that he will either not proceed with his state court case or seek an order staying the state court case until the instant action is resolved.

8. Plaintiff has therefore fully exhausted the administrative remedies available to him and timely initiated this instant action pursuant to the FTCA, 28 U.S.C.A. § 2675.

**PARTIES**

9 Plaintiff, John Grass, is a resident of Mayes County, Oklahoma, and is the spouse of Nancy Grass, deceased. He brings this claim individually and on behalf of the Estate and Next-of-Kin of Nancy Grass, deceased, including the mother of Nancy Grass, Mary Jane Fisher.

10. Defendant, the United States, more particularly the Department of Health and Human Services, has numerous agencies, including the Indian Health Service and/or Public Health Service which provides health care services to American Indians, such as decedent Nancy Grass.

11. Defendant, Claremore Indian Hospital is a facility located in Claremore, Oklahoma, which provides health care under and/or operates as a part of the Indian Health Service and/or the Public Health Service, and which held itself out to the public, Plaintiff and his wife, Nancy Grass, as providing safe and competent medical care to its patients.

12. Defendant, Salina Clinic is a facility located in Salina, Oklahoma, which provides health care under and/or operates as a part of the Indian Health Service and/or the Public Health Service, and which held itself out to the public, Plaintiff and his wife, Nancy Grass, as providing safe and competent medical care to its patients.

13. Defendant, Dr. Sanford was, upon information and belief, a physician who provided medical care and treatment to decedent, Nancy Grass, at the Claremore Indian Hospital.

14. Defendant, Dr. Miller, upon information and belief, was a physician who provided medical care and treatment to decedent, Nancy Grass, at the Claremore Indian Hospital.

15. Defendant, Dr. Western was, upon information and belief, a physician who provided medical care and treatment to decedent, Nancy Grass, at the Claremore Indian Hospital.

16. Defendant, Mr. Stahl was, upon information and belief, a physician's assistant who provided medical care and treatment to decedent, Nancy Grass, at the Claremore Indian Hospital.

17. All acts and omissions complained of herein occurred in the City of Claremore, Rogers County, State of Oklahoma and City of Salina, Mayes County, State of Oklahoma.

**FACTUAL BACKGROUND**

18. Plaintiff incorporates by reference Paragraphs 1 through 17 above, and further alleges and states as follows:

19. On September 22, 2000, decedent, Nancy Grass, presented to the Salina Clinic with complaints of increased temperature, body aches, chills, headaches, cough and ringing ears. Mrs. Grass was diagnosed with sinusitis and given a prescription for an antibiotic.

20. On October 3, 2000, decedent, Nancy Grass, returned to the Salina Clinic with continued complaints of body aches, chills, headaches, difficulty in focusing her vision and other symptoms. Mrs. Grass was given a prescription for an alternative antibiotic.

21. On October 8, 2000, decedent, Nancy Grass, presented to the Claremore Indian Hospital with continued complaints of an ongoing illness involving chills, body aches, a temperature and other ailments. Upon information and belief, Mrs. Grass received medical care from Dr. Sanford, Dr. Miller and Mr. Stahl, including but not limited to, being diagnosed with pneumonia. Mrs. Grass was discharged home with a prescription for an alternative antibiotic.

22. On October 10, 2000, decedent, Nancy Grass, presented to the Salina Clinic with continued illness. Mrs. Grass was advised to return to the Salina Clinic in ten days.

23. On October 13, 2000, decedent, Nancy Grass, presented to the Claremore Indian Hospital with continued fever, chills and additional symptoms. Upon information and belief, Mrs. Grass received medical treatment from Dr. Western. Mrs. Grass was diagnosed with pneumonia and advised to follow up the following Monday, three days later.

24. On October 14, 2000, decedent, Nancy Grass, returned to the Claremore Indian Hospital with continued illness and was admitted. On October 17, 2000, decedent, Nancy Grass, was transferred to Hillcrest Medical Center in Tulsa, Oklahoma.

25. On October 18, 2000, Nancy Grass died of complications of bacterial endocarditis.

## FIRST CLAIM FOR RELIEF

### MEDICAL NEGLIGENCE/WRONGFUL DEATH
### (United States, Claremore Indian Hospital and Salina Clinic)

26. Plaintiff incorporates by reference Paragraphs 1 through 25 above, and further alleges and states as follows:

27. The medical care and treatment provided to decedent, Nancy Grass, by the United States, Claremore Indian Hospital and Salina Clinic, and their respective agents, servants, and/or employees while acting within the scope of their office or employment, was negligent and failed to meet applicable standards of care. Defendants negligently failed to appropriately examine, evaluate, treat, diagnose and/or refer for evaluation, diagnosis and treatment, decedent, Nancy Grass.

28. As a direct result of the negligent medical care and treatment provided her by the United States, Claremore Indian Hospital and Salina Clinic, and their respective agents, servants, and/or employees while acting within the scope of their office or employment, decedent, Nancy Grass' illness was allowed to progress and was ultimately fatal. Mrs. Grass suffered great physical and mental pain prior to her death.

29. As a further direct result of the negligent medical care and treatment provided to Nancy Grass by the Defendants, the survivors of Nancy Grass have suffered pecuniary losses including, but not limited to, medical, burial and other out-of-pocket expenses, as well as the lost income of the decedent, and the survivors have further suffered grief and the loss of companionship of Nancy Grass.

WHEREFORE, Plaintiff, John Grass, requests judgment, individually and on behalf of the Estate and Next-of-Kin of Nancy Grass, deceased, against the Defendants, the United States, Claremore Indian Hospital and Salina Clinic, jointly and severally, for compensatory and actual damages in the sum of Two Million Dollars ($2,000,000.00), together with interest, costs and such other and further relief as this Court may deem just and proper.

## <u>SECOND CLAIM FOR RELIEF</u>

### MEDICAL NEGLIGENCE/WRONGFUL DEATH
### (Dr. Sanford, Dr. Miller, Dr. Western, and Mr. Stahl)

30. Plaintiff incorporates by reference Paragraphs 1 through 29 above, and further alleges and states as follows:

31. The medical care and treatment provided to decedent, Nancy Grass, by Dr. Sanford, Dr. Miller, Dr. Western, and Mr. Stahl, was negligent and failed to meet applicable standards of care.

Defendants negligently failed to appropriately examine, evaluate, treat, diagnose and/or refer for evaluation, diagnosis and treatment, decedent, Nancy Grass.

32. As a direct result of the negligent medical care and treatment provided her by Dr. Sanford, Dr. Miller, Dr. Western, and Mr. Stahl, decedent, Nancy Grass' illness was allowed to progress and was ultimately fatal. Mrs. Grass suffered great physical and mental pain prior to her death.

33. As a further direct result of the negligent medical care and treatment provided to Nancy Grass by the Defendants, the survivors of Nancy Grass have suffered pecuniary losses including, but not limited to, medical, burial and other out-of-pocket expenses, as well as the lost income of the decedent, and the survivors have further suffered grief and the loss of companionship of Nancy Grass.

WHEREFORE, Plaintiff, John Grass, requests judgment, individually and on behalf of the Estate and Next-of-Kin of Nancy Grass, deceased, against the Defendants, Tim Sanford, D.O., Beth A. Miller, D.O., Earl Robin Western, D.O., and James Matthew Stahl, P.A., jointly and severally, for compensatory and actual damages in an amount in excess of Ten Thousand Dollars ($10,000.00), together with interest, costs and such other and further relief as this Court may deem just and proper.

## THIRD CLAIM FOR RELIEF

## LOSS OF CONSORTIUM
**(United States, Claremore Indian Hospital and Salina Clinic)**

34. Plaintiff incorporates by reference Paragraphs 1 through 33 above, and further alleges and states as follows:

35. At all relevant times hereto, Plaintiff, John Grass, was the spouse of the decedent, Nancy Grass.

36. As a direct result of the negligence of the United States, Claremore Indian Hospital and Salina Clinic, and their respective agents, servants, and/or employees while acting within the scope of their office or employment, Plaintiff, John Grass, has suffered grief and mental anguish, and a loss of the services, society, comfort, companionship and the marriage relationship of his wife, Nancy Grass.

WHEREFORE, Plaintiff, John Grass, requests judgment against the Defendants, the United States, Claremore Indian Hospital and Salina Clinic, jointly and severally, for compensatory and actual damages in the sum of Two Million Dollars ($2,000,000.00), together with interest, costs and such other and further relief as this Court may deem just and proper.

## FOURTH CLAIM FOR RELIEF

## LOSS OF CONSORTIUM
**(Dr. Sanford, Dr. Miller, Dr. Western, and Mr. Stahl)**

37. Plaintiff incorporates by reference Paragraphs 1 through 36 above, and further alleges and states as follows:

38. At all relevant times hereto, Plaintiff, John Grass, was the spouse of the decedent, Nancy Grass.

39. As a direct result of the negligence of Dr. Sanford, Dr. Miller, Dr. Western, and Mr. Stahl, Plaintiff, John Grass, has suffered grief and mental anguish, and a loss of the services, society, comfort, companionship and the marriage relationship of his wife, Nancy Grass.

WHEREFORE, Plaintiff, John Grass, requests judgment against the Defendants, Tim Sanford, D.O., Beth A. Miller, D.O., Earl Robin Western, D.O., and James Matthew Stahl, P.A., jointly and

severally, for compensatory and actual damages in an amount in excess of $10,000.00, together with interest, costs and such other relief as this Court may deem just and proper.

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS

By ______________________
Lisa R. Riggs, OBA No 16944
502 West Sixth Street
Tulsa, Oklahoma 74119-1010
(918) 587-3161 - voice
(918) 583-1549 - facsimile

ATTORNEYS FOR PLAINTIFF

# RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

FRISCO BUILDING

502 WEST SIXTH STREET

TULSA, OKLAHOMA 74119-1010

(918) 587-3161

FAX (918) 587-9708



GREGORY W. ALBERTY
JACK R. ANDERSON
ROBERT T. ARENA*
PETER C. ASTOR
JAMES O. BARDWELL*
ADRIENNE H. BENAVIDEZ*
DONALD M. BINGHAM
WILLIAM A. BOWLES
H. JAMES BRIGGS
DAVID C. CAMERON
MICHELLE M. CARTER◊
BRADLEY D. CHAPMAN*
COLBY L. COOK
DEBORAH R. DAWSON◊
TINA LOUISE DIAZ*
GLENNA S. DORRIS
JANET S. DUMONT
AMY S. ECKERT*
IRA L. EDWARDS, JR.
GEORGE M. EMERSON
R. V. TERRY FUNK
RICHARD A. GANN
JENEVIEVE A. GARCIA*
RICHARD T. GARREN
D. SHARON GENTRY
LUCY L. GERLACH*
GREGORY L. GLOVER*
STEPHEN E. HALE
MELVIN C. HALL
SHARON E. HAMM*
JERRI L. HILL*

ERIK S. HOUGHTON
ROBERT L. HOWARD
TINA L. IZADI
KIEMONN L. JONES
DAVID J. KATALINAS*
SARAH G. KIENY*
SCOTT P. KIRTLEY
DAVID M. KNOLL*
KRISTOPHER E. KOEPSEL
TERRY D. KORDELISKI, II
MICHAEL R. LAWRENCE*
JOSEPH P. LENNART
MICHELLE L. LESTER–
C.S. LEWIS, III
MARY JEAN LITTLE
JOHN D. LUTON
JANET G. MALLOW
BRENT M. MARTIN*
RICHARD A. MILDREN
GLENDA V. MIMS
J. LYON MOREHEAD
KAREN L. MORELAND
JONATHAN F. MORGAN◊
JANICE LOGAN MORROW
ROBERT A. NANCE
CATHERINE NAPIER
GARY L. NEAL
MARK L. NELMS
JAMES C. ORBISON
GISELE K. PERRYMAN

JAMES R. POLAN
HEATHER M. POOLE
RICHARD P. POORMON–
MICHELLE K. PRICE
VICTORIA L. RACKLEY
FRED RAHAL, JR.
LISA R. RIGGS*
M. DAVID RIGGS
STEPHEN B. RILEY
RANDALL A. RINQUEST*
JEFFREY D. RUFF*
GRETCHEN M. SCHILLING
MARK W. SCHILLING
WILLIAM C. SEARCY
DAVID A. SIMMENTAL◊
ROBERT P. SKEITH
C. ALISON SMITH
KENNETH M. SMITH
BETTY J. SOMMARS*
JOHN P. STAFIRA
BEVERLY A. STEWART
DANA L. TARTAR*
STEPHANIE L. THEBAN
HARLEY W. THOMAS
MARK H. THOMAS*
REX W. THOMPSON
WILLIAM E. THOMS*
STEPHANIE P. TOLLEFSEN
CHRISTOPHER L. TURESON*

MICHAEL C. TURPEN
PHILIP J. VADEBONCOEUR*
LINDA VAN ARKEL-GREUBEL
KAREN A. WALKER*
KAREN CARDEN WALSH
GARY L. WATTS
SHARON K. WEAVER
DOUGLAS A. WILSON
JERRY L. WITT
GARY W. WOOD

OF COUNSEL
BENJAMIN P. ABNEY
E. BRYAN HENSON

Licensed in:
Arizona
◊Arkansas and Oklahoma
California and Oklahoma
*Colorado
–Colorado and Oklahoma
◊District of Columbia and Oklahoma
Maryland
Nebraska
New Mexico and Oklahoma
South Carolina and Oklahoma
Texas
Texas and Oklahoma


June 28, 2002

FILE COPY

Claremore Indian Hospital
West Will Rogers and Moore
Claremore, Oklahoma 74017

Re: Nancy Grass, Deceased
Federal Tort Claim Act Notice

Dear Sir/Madam:

Enclosed please find the Federal Tort Claim Act Notice that we are filing on behalf of our client, Mr. John Grass, in connection with the wrongful death of his wife, Nancy Grass. Should additional information be required, please contact me directly.

Sincerely,

*Lisa R. Riggs*

Lisa R. Riggs
FOR THE FIRM

LRR:p
enclosure

c: Lyman Guy
Oklahoma City Area Indian Health Service
5 Corporate Plaza
3625 Northwest 56 Street
Oklahoma City, Oklahoma 73112
with enclosure

PLAINTIFF'S EXHIBIT
A

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0360 0004 7564 9589

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

6/28/02

*Sent To* Claremore Indian Hospital

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+ 4*

PS Form 3800, January 2001 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Claremore Indian Hospital
West Will Rogers and Moore
Claremore, OK 74017

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Anthony White ☐ Agent ☐ Addressee

B. Received by (Printed Name) Anthony White C. Date of Delivery 7-1-02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7001 0360 0004 7564 9589

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0360 0004 7564 9596

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 6/28/02 |
| Total Postage & Fees | $ | |

*Sent To* Lyman Guy
*Street, Apt. No.; or PO Box No.*
*City, State, ZIP+ 4*

PS Form 3800, January 2001 — See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lyman Guy
Oklahoma City Area
Indian Health Service
5 Corporate Plaza
3625 NW 56 Street
Oklahoma City OK 73112

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 7-1-02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7001 0360 0004 7564 9596

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROROVED OMB NO. 1105-0008 EXPIRES 6-30-01

| | |
|---|---|
| 1. Submit To Appropriate Federal Agency:<br>Oklahoma City Area Indian Health Service<br>5 Corporate Plaza<br>3625 Northwest 56 Street<br>Oklahoma City, Oklahoma 73112 | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.) (Number, street, city, State and Zip Code)*<br>John Grass/Nancy Grass, deceased<br>c/o Lisa R. Riggs<br>Riggs Abney Neal Turpen Orbison<br>502 W. 6th, Tulsa, OK 74119 |

| 3. TYPE OF EMPLOYMENT (MILITARY / CIVILIAN) | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME *(A.M. OR P.M.)* |
|---|---|---|---|---|
| | 10/11/53 | married | DOD: 10/18/2000 | 8:44 p.m. |

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

SEE ATTACHED SHEET

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED *(See instructions on reverse side)*

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

Mrs. Grass died of cardiopulmonary arrest due to cardiogenic shock due to subacute bacterial endocarditis. A copy of her death certificate is attached hereto.

11. **WITNESSES**

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| SEE ATTACHED SHEET | |

12. *(See instructions on reverse)* **AMOUNT OF CLAIM** *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| | | $2,000,000.00 | $2,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| John Grass c/o Lisa R. Riggs | (918) 587-3161 | 6-28-02 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)*

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 18 U.S.C.A. 287.)*

95-108
**Previous editions not usable**

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. No

N/A

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

19. Do you carry public liability and property damage insurance? Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) No



* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175

Re: John Grass/Nancy Grass, Deceased

8. **Basis of Claim** (*State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof*) (*Use additional pages if necessary.*)

Nancy Grass, deceased, was a patient of the Indian Health Service in Claremore, Oklahoma, and Salina, Oklahoma, for many years. In September of 2000, Mrs. Grass became ill as a result of bacterial endocarditis, which ultimately proved fatal on October 18, 2000. Mrs. Grass presented to the Indian Health Service for care and treatment of her illness on least the following occasions: 09/22/2000, 10/03/2000, 10/08/2000, 10/10/2000, 10/13/2000, and she was eventually hospitalized on 10/14/2000 at the Indian Hospital in Claremore. The Indian Health Service and its agents, servants, and employees failed to timely and appropriately investigate, diagnose, treat and/or refer for treatment Mrs. Grass, resulting in her death.

11. **Witnesses**

(1) Representatives of PHS Indian Hospital, Claremore, Oklahoma, as reflected in attached emergency visit records dated 09/22/2000, 10/03/2000, 10/08/2000, 10/10/2000, 10/13/2000, 10/14/2000.

(2) Jose H. Martinez, M.D., USPHS Indian Hospital, Claremore, Oklahoma.

(3) Robert Sonnenschein, M.D., Hillcrest Medical Center, 1120 South Utica, Tulsa, Oklahoma 74104.

(4) George S. Cohlmia, M.D., Hillcrest Medical Center, 1120 South Utica, Tulsa, Oklahoma 74104.

# EMERGENCY VISIT RECORD
# PHS INDIAN HOSPITAL
# CLAREMORE, OKLAHOMA
(See Instructions on Back of Form)

Date 10/14/00 Clinic Code: 30

☐ Emergent ☐ Urgent ☒ Non-Emergent

Arrival Time 17:50 am/pm Triage Time ______ am/pm

Phys. Time ______ am/pm

PROVIDERS | AFF | DIS | INITIALS/CODE

PRIMARY PROVIDER

Means of Arrival: ☐ Ambulance ☐ Police ☐ POV ☐ Walked ☐ Other ______

Entered ER by: ☒ Ambulatory ☐ WheelChair ☐ Stretcher ☐ Carried

NOTIFIED: RELATIVE POLICE CORONER

EMERGENCY CARE GIVEN TO PT PRIOR TO ARRIVAL

ALLERGIES: NKDA

AGE 47 HEIGHT WEIGHT VISUAL ACUITY O.U. O.D. O.S.

LMP EDC Gr P AB LC

CURRENT MEDICATIONS: Ultriprogen, Tylenol LAST TETANUS:

| TIME | PEAK FLOW | TEMP | PULSE | RESP | B P |
|---|---|---|---|---|---|
| | | 99.2 | 83 | 28 | 103/38 |
| | | 99.2 | | | 101/4 |

CHIEF COMPLAINT: Called per Order of Dr O'Brien to return [illegible] WBC's. Pt states vomiting last P.M. Not any better

TIME: NURSE ASSESSOR: L. Brady

SUBJECTIVE/OBJECTIVE:

Young [illegible] [illegible] of [illegible] last night [illegible] [illegible] [illegible] [illegible] ER last [illegible] no better [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] with [illegible] on return

| ✓ | ORDERS INIT | ✓ | ORDERS INIT | ✓ | ORDERS INIT |
|---|---|---|---|---|---|
| ✓ | CBC/diff LB | | AMYLASE | | EKG |
| | PT PTT | | THEO-PHYLLINE | | CHEST PA/LAT |
| ✓ | CHEM 7 LB | | CCUA | | PORTABLE CXR |
| | CARDIAC PROFILE | | TPCHG Serum HCG | | FLATPLATE/ UPRT ABD |
| | LIVER PROFILE | | | | C-SPINE |
| | ABG | | T.C. | | |
| | PULSE-OX 98% | | Accu-Check | | |

TIME | TREATMENTS/MEDICATIONS ☐ SEE FLOW SHEET

☐ O2 ☐ PRONGS ☐ MASK ☐ IV [illegible] Hep lock 20 [illegible]

☐ CARDIAC MONITOR (SEE BACK OR FLOW SHEET)

[illegible] [illegible] [illegible] [illegible]

2004 [illegible] [illegible]

2004 [illegible] [illegible]

ROS ☐ Noncontributory

PMH ☐ Noncontributory

FHx ☐ Noncontributory

LAB TEST RESULTS:

EKG INTERPRETATION / RHYTHM:

X-RAY INTERPRETATION:

CONSULT: TIME: PHYSICIAN:

| Add Change | Prob No. | STATUS A/I/R | PURPOSE OF VISIT / PROBLEM LIST ADDITIONS OR CHANGES |
|---|---|---|---|
| | | | Pulmonary infection |
| | | | Pulmonary [illegible] |

DISPOSITION: TIME: 2[illegible]

☐ Admit to: [illegible]
☐ Transfer to:
☐ Discharge
☐ Left AMA
☐ Other:
☐ INSTRUCTIONS COMPLETE
☐ PATIENT/FAMILY VERBALLY UNDERSTANDS

CONDITION: ☐ Stable ☐ Fair ☐ Critical ☐ Guarded

MEANS: ☐ NonAmbulatory ☐ Ambulatory

INJURY 1st VISIT CAUSE PLACE ☐ ETOH RELATED ☐ EMPLOYMENT RELATED

IMMUNIZATIONS CURRENT? Y N ☐ 02-Td ☐ 03-DPT ☐ 06-OPV ☐ 11-MEASLES ☐ 12-FLU ☐ 14-RUBELLA ☐ 15-MUMPS ☐ RABIES

PATIENT IDENTIFICATION

HR# 62061 SS#

NAME Grass, Nancy

BIRTHDATE 10-11-53

TELEPHONE #

FACILITY

REVISIT/ REFERRAL TO: Dr [illegible] DATE TIME

PURPOSE GP, will [illegible]

INSTRUCTIONS TO PT/FAMILY

LEVEL OF SERVICE: BRIEF ☐ LIMITED ☐ INTERMEDIATE ☐ EXTENDED ☐ COMPREHENSIVE ☐

PATIENT'S SIGNATURE DATE PROVIDER SIGNATURE

# EMERGENCY VISIT RECORD
## PHS INDIAN HOSPITAL
## CLAREMORE, OKLAHOMA
(See Instructions on Back of Form)

Date 10-13-00 Clinic Code: 30

☐ Emergent ☐ Urgent ☒ Non-Emergent

Arrival Time 21:19 am/pm Triage Time ____ am/pm

Phys. Time ____ am/pm

PROVIDERS | AFFIL | DIS. | INITIALS/CODE

PRIMARY PROVIDER

Means of Arrival: ☐ Ambulance ☐ Police ☐ POV ☐ Walked ☐ Other____

Entered ER by: ☒ Ambulatory ☐ WheelChair ☐ Stretcher ☐ Carried

*NOTIFIED: RELATIVE POLICE CORONER

EMERGENCY CARE GIVEN TO PT PRIOR TO ARRIVAL

ALLERGIES: NKDA AGE 47 HEIGHT WEIGHT 116# VISUAL ACUITY: O.U. O.D. O.S.

LMP EDC Gr P AB LC

CURRENT MEDICATIONS: Doxycycline, Ibuprofen

LAST TETANUS:

| TIME | PEAK FLOW | TEMP | PULSE | RESP | B P |
|---|---|---|---|---|---|
| 2120 | 97 | 101.1 | 102 | 22 | 151/48 |
| 2122 | 97 | | 102 | | 112/43 |

CHIEF COMPLAINT: Was seen last Sunday and was Dx c̄ Pneu. Had chills last P.M.

TIME: NURSE ASSESSOR: [illegible]

SUBJECTIVE/OBJECTIVE: [illegible handwriting]

ORDERS INIT: CBC/diff (circled); PT PTT; CHEM 7 (circled); CARDIAC PROFILE; LIVER PROFILE (circled); ABG; PULSE OX 98%

ORDERS INIT: AMYLASE; THEO-PHYLLINE; CCUA (circled); TPCHG; Serum HCG; T.C.; Accu-Check

ORDERS INIT: EKG; CHEST PA/LAT (circled); PORTABLE CXR; FLATPLATE/UPRT ABD; C-SPINE

| TIME | TREATMENTS/MEDICATIONS ☐ SEE FLOW SHEET ☐ O2 ☐ PRONGS ☐ MASK |
|---|---|
| 2250 | I.V. [illegible] |
| | ☐ CARDIAC MONITOR (SEE BACK OR FLOW SHEET) |
| | [illegible] |
| 2250 | Tylenol [illegible] PO |
| 2307 | PPD - (R) forearm - inst. to have read in 2 days |
| | Levaquin 500mg po [illegible] |
| | WL-LA P-88 |

ROS ☐ Noncontributory

PMH ☐ Noncontributory

FHx ☐ Noncontributory

LAB TEST RESULTS:

EKG INTERPRETATION / RHYTHM:

X-RAY INTERPRETATION:

CONSULT: TIME: 1200/Am PHYSICIAN: Weston

F/U Mon 11:00

DISPOSITION: TIME 0050 ☐ Admit to: ☐ Transfer to: ☒ Discharge ☐ Left AMA ☐ Other:

CONDITION: ☒ Stable ☐ Fair ☐ Critical ☐ Guarded

MEANS: ☐ NonAmbulatory ☒ Ambulatory

☒ INSTRUCTIONS COMPLETE ☒ PATIENT/FAMILY VERBALLY UNDERSTANDS

| Add Change | Prob No. | STATUS A/I/R | PURPOSE OF VISIT / PROBLEM LIST ADDITIONS OR CHANGES |
|---|---|---|---|
| | | | Pneumonia |

INJURY 1st VISIT CAUSE PLACE ☐ ETOH RELATED ☐ EMPLOYMENT RELATED

IMMUNIZATIONS CURRENT? Y N ☐ 02-Td ☐ 03-DPT- ☐ 06-OPV- ☐ 11-MEASLES ☐ 12-FLU ☐ 14-RUBELLA ☐ 15-MUMPS ☐ RABIES

PATIENT IDENTIFICATION:

HR# SS#

NAME Grass, NANCY 062061

BIRTHDATE

TELEPHONE #

FACILITY

REVISIT/REFERRAL TO: DATE TIME

PURPOSE [illegible]

INSTRUCTIONS TO PT/FAMILY

PATIENT SIGNATURE Nancy Grass DATE PROVIDER SIGNATURE

LEVEL OF SERVICE: BRIEF ☐ LIMITED ☐ INTERMEDIATE ☐ EXTENDED ☒ COMPREHENSIVE ☐

IHS-803 (10/96) P.L. 96-511 N.A.

# PCC AMBULATORY ENCOUNTER RECORD

Date 10-10-00

Arrival Time 15 : 25 PM

Appt. ✓ Walk-In

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|
| | | |

PROVIDERS / PRIMARY PROVIDER — AFFIL. DIS. INITIALS/CODE

TEMP 100 PULSE 87 RESP 20 B/P 130/58 WT. 120

NKDA

CHIEF COMPLAINT / SUBJECTIVE/OBJECTIVE: 1528 appt F/u RLL pneumonitis pt states went to CIH ER Sunday eve. for ↑ temp — Klamusaro

As [illegible] rx for pneumonia c̄ doxycycline

[illegible]

Injury? Cause:

Department of Health & Human Services . P.H.S. Indian Hospital
101 S. Moore, Claremore, OK 74017-5091; 918-342-6200

Name Gross, Nancy Date 10/8/00

Rx Give full directions for use

Doxycycline:

Sig: 100 MG BID × 10 days

CONFIDENTIAL

(Signature of prescriber)

(Printed name of prescriber)

(DEA OR Service No.)

Label unless checked here ☐
Generic Substitution authorized unless checked here ☐

DOXYCYCLINE 100MG TAB PO BID WITH FOOD TAT XS-UN 20

-10-00

REPRODUCTIVE FACTORS

PROBLEM LIST / STORE NOTE

MEDICATIONS

| ✓ | ORDER | INITIALS |
|---|---|---|
| | HCT. | |
| | UA | |
| | HCG | |
| | BS-F/BS-R | |
| | CBC | |
| | Urine culture | |
| | Throat culture | |
| | Stool culture | |
| | STS | |
| | GC | |
| | PAP | |
| | Pelvic | |
| | Breast | |
| | Soak | |
| | Hep B # | |
| | Hep A # | |
| | OPV # | |
| | DTP # | |
| | DT aP # | |
| | DT | |
| | Td | 1992 |
| | MMR # | |
| | Varicella | |
| | Influenza | |
| | Hib TITER/ActHIB # | |
| | Padvax HIB # | |
| | Pneumo Vax | |
| | PPD mm | |
| ✓ | Type of Decision Making | |
| | Straightforward | |
| | Low Complexity | |
| | Moderate Complexity | |
| | High Complexity | |

HR # SSN # 440-[illegible]

NAME GROSS, NANCY SEX 2 TRIBE

DOB 10-11-53

RESIDENCE

REVISIT/REFERRAL TO: DATE TIME

PURPOSE:

INSTRUCTIONS TO PATIENT: ☐ SIGN RELEASE RECORDS

# EMERGENCY VISIT RECORD
## PHS INDIAN HOSPITAL
## CLAREMORE, OKLAHOMA
(See Instructions on Back of Form)

Date: 10-8-00 Clinic Code: 30

☐ Emergent ☐ Urgent ☐ Non-Emergent

Arrival Time 1640 am/pm Triage Time 1640 am/pm

Phys. Time ____ am/pm

PROVIDERS / PRIMARY PROVIDER — AFFIL / DIS. / INITIALS/CODE

Means of Arrival: ☐ Ambulance ☐ Police ☒ POV ☐ Walked ☐ Other____

Entered ER by: ☒ Ambulatory ☐ WheelChair ☐ Stretcher ☐ Carried

NOTIFIED: RELATIVE POLICE CORONER

EMERGENCY CARE GIVEN TO PT PRIOR TO ARRIVAL

AGE 46 yrs HEIGHT WEIGHT 115 lbs VISUAL ACUITY: O.U. O.D. O.S.

ALLERGIES: NKA

LMP EDC Gr P AB LC

| TIME | PEAK FLOW | TEMP | PULSE | RESP | B P |
|---|---|---|---|---|---|
| 1645 | | 102 | 89 | 16 | 161/[illegible] |
| 1800 | | → | | | |

CURRENT MEDICATIONS: Propanolol — LAST TETANUS: Cipro Fosinopril - Doxazosin Tylenol @ 1300

CHIEF COMPLAINT: on Cipro since Tuesday for lung infection - chills achy - ∅ dinanoo of fever

TIME: NURSE ASSESSOR:

SUBJECTIVE/OBJECTIVE: States BP has been low at home [signature]

S/ 46 yof ē joint aches, fatigue, + chills. Treated for sinus infection / URI ē Cipro 10-3; ∅ improvement. "So tired didn't want to get out of bed." Denies vomiting but does have some nausea and frequent loose stool. Denies Δ appetite.

Heart RR ē 2/6 murmur; Lungs CTA; Ears: Clear Bilat ∅ erythema; ↓ anterior/posterior Nose: D/C middle turbinates Throat ∅ infection; erythema

ROS ☐ Noncontributory Skin - warm and dry. Diabetic (-) Tob

PMH ☐ Noncontributory CXR R Nodule/Inf Ifrate

FHx ☐ Noncontributory

LAB TEST RESULTS: Glucose 12.2 / 129 / 95 / 15 / 180 / 1.3 UA - WBC 12.8 × 214 5.6 / 24.7 / 35.1 250

EKG INTERPRETATION / RHYTHM:

X-RAY INTERPRETATION: ∅ congestion RUL Nodule

ORDERS INIT: ✓ CBC/diff; PT PTT; ✓ CHEM 7; CARDIAC PROFILE; LIVER PROFILE; ABG; PULSE OX 97% RA; AMYLASE; THEOPHYLLINE; ✓ CCUA; TPCHG; Serum HCG; T.C.; Accu Check; EKG; ✓ CHEST PA/LAT; PORTABLE CXR; FLATPLATE/UPRT ABD; C-SPINE; ✓ Bl cult

| TIME | TREATMENTS/MEDICATIONS ☐ SEE FLOW SHEET ☐ O2 ☐ PRONGS ☐ MASK |
|---|---|
| 1925 | IV NS 1000 cc bolus |
| | ☐ CARDIAC MONITOR (SEE BACK OR FLOW SHEET) |
| 1700 | Tylenol 325 mg (3) PO |
| | ESBS 131 @ 19[illegible] |
| | Sputum Culture ✓ No co[illegible] |
| | ~~Cipro~~ |
| | Doxycycline 100 MG BID 18 days |
| 204 | Dispo'd 1 ER |

CONSULT: TIME: PHYSICIAN:

| Add Change | Prob No. | STATUS A/I/R | PURPOSE OF VISIT / PROBLEM LIST ADDITIONS OR CHANGES |
|---|---|---|---|
| | | | Pneumonia - no improvement on Cipro |

DISPOSITION TIME: 2040 ☐ Admit to: ☐ Transfer to: ☒ Discharge ☐ Left AMA ☐ Other: ☐ INSTRUCTIONS COMPLETE ☐ PATIENT/FAMILY VERBALLY UNDERSTAN[D]

CONDITION: ☐ Stable ☐ Fair ☐ Critical ☐ Guarded MEANS: ☐ NonAmbulatory ☐ Ambulatory

INJURY 1st VISIT CAUSE PLACE ☐ ETOH RELATED ☐ EMPLOYMENT RELATED

IMMUNIZATIONS CURRENT? Y N ☐ 02-TD ☐ 03-DPT ☐ 06-IPV ☐ 11-MEASLES ☐ 12-FLU ☐ 14-RUBELLA ☐ 15-MUMPS ☐ RABIES

PEF Wh-LA- (C) Cough

PATIENT IDENTIFICATION:

HR# 479-88-82 SS#

NAME Grass Nancy

BIRTHDATE 6-20-61

TELEPHONE # [illegible]

REVISIT/REFERRAL TO: DATE TIME

PURPOSE

INSTRUCTIONS TO PT/FAMILY

LEVEL OF SERVICE: BRIEF ☐ LIMITED ☐ INTERMEDIATE ☐ EXTENDED ☐ COMPREHENSIVE ☐

Nancy Grass 10-8-00

IHS-803 (10/96) P.L. 96-511 N.A

# PCC AMBULATORY ENCOUNTER RECORD

Date 10/3/00

Arrival Time 1 31 AM PM

general

Appt. Walk-in X

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|
| | | |

PROVIDERS AFFIL. DIS. INITIALS / CODE

PRIMARY PROVIDER

TEMP 100.8 PULSE RESP B/P 110/52

WT. 117 ☐ GM ☐ KG ☐ LB-OZ

HT. ☐ CM ☐ IN

HEAD ☐ CM ☐ IN

VISION - UNCORRECTED R L

VISION - CORRECTED R L

CHIEF COMPLAINT 1:40 Go body aches, chills, headache, can't focus eyes. See lines in vision when this clears up get headache. Chilling. [signature]
See last AC

SUBJECTIVE/OBJECTIVE

[illegible]

Injury? ☐ Yes ☐ No If yes, Date: ☐ ETOH Related ☐ Employ. Rel.

Cause: Place:

(For additional Documentation, Use IHS 45-3 Continuation Sheet)

O. [illegible]STS/ PROCEDURES ORDERED

| ✓ | ORDER | INITIALS |
|---|---|---|
| | HCT | |
| ✓ | UA | [initials] |
| | HCG | |
| | BS-F/BS-R | |
| ✓ | CBC | [initials] |
| | Urine culture | |
| | Throat culture | |
| | Stool culture | |
| | STS | |
| | GC | |
| | PAP | |
| | Pelvic | |
| | Breast | |
| | Mammogram | |
| | Rectal | |
| ✓ | Chest X-ray | [initials] |
| | EKG | |
| | Soak | |
| | Hep B # | |
| | Hep A # | |
| | OPV # | |
| | DTP # | |
| | DT aP # | |
| | dT | Current 97 |
| | MMR # | |
| | Varicella | |
| | Influenza | |
| | Hib TITER/ ActHIB # | |
| | Pedvax HIB # | |
| | Pneumo Vax | |
| | PPD mm | |
| ✓ | Type of Decision Making | |
| | Straightforward | |
| | Low Complexity (circled) | |
| | Moderate Complexity | |
| | High Complexity | |

| PROBLEM LIST A-AI-C | # | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE) | Health Factors |
|---|---|---|---|
| | ① | [illegible] | |

CONFIDENTIAL

REPRODUCTIVE FACTORS G P LC SA TA LMP METHOD BEGUN

PROBLEM LIST NOTES STORE NOTE FOR PROB. # REMOVE NOTE #

STORE NOTE FOR PROB. #

MEDICATIONS

[illegible]

MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION

[illegible] Toradol 60 mg IM Admin @ 1440 RDG. — C. Calvert [illegible]

HR # SSN #

REVISIT/ REFERRAL TO: [illegible] DATE TIME

NAME PURPOSE:

SEX TRIBE INSTRUCTIONS: TO PATIENT: ☐ SIGN RELEASE RECORDS

RESIDENCE

IHS-803 (10/96) P.L. 96-511 N.A.

# PCC AMBULATORY ENCOUNTER RECORD

Date 9/22/00

Arrival Time 8 10 AM

General

Appt. ______ Walk-in ✓

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|
| | | |

| | AFFIL. | DIS. | INITIALS / CODE |
|---|---|---|---|
| PROVIDERS | | 05 | CFC |
| PRIMARY PROVIDER | | 09 | BS |

TEMP 99.4 PULSE 72 RESP 20

B/P 102/56

WT. 118 ☐ GM ☐ KG ☐ LB-OZ

☐ CM ☐ IN

HEAD ☐ CM ☐ IN

VISION - UNCORRECTED R L

VISION - CORRECTED R L

CHIEF COMPLAINT C/O ↑ temp, body ache, chills, headache, cough, & ears ringing x 1 day. Has been taking Tylenol for some relief. — C. Calvin

SUBJECTIVE/OBJECTIVE

[illegible]

Injury? ☐ Yes ☐ No If yes, Date: ☐ ETOH Related ☐ Employ. Rel.

Cause: Place:

(For additional Documentation, Use IHS 45-3 Continuation Sheet)

TESTS/PROCEDURES ORDERED

| PROBLEM LIST | | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE) | Health Factors |
|---|---|---|---|
| A-AI-C | # | | |
| | | Sinusitis | |

REPRODUCTIVE FACTORS G P LC SA TA LMP 12/99

PROBLEM LIST NOTES STORE NOTE FOR PROB. #

STORE NOTE FOR PROB. #

MEDICATIONS

Bactrim DS [illegible]

Entex LA [illegible]

[illegible]

MEDICATION

AMO Salina Community Clinic • (918) 434-8500
P.O. Box 936 • 900 Owen Walters Blvd. Salina, OK 74365
CAUTION: Federal law PROHIBITS transfer of this drug to any person other than for whom prescribed.

GRASS, NANCY : 4748 9-22-00
TMP/SMZ DS T1T BID FINF TAT DLOW 20
PPA/GG-SR 75/400MG T1T BID PRN FOR CONGESTION DLOW 20
IBUPROFEN 800MG T1T PO TID WITH FOOD PRN 30

GRASS, NANCY : 4748 9-22-00
TMP/SMZ DS T1T BID FINF TAT DLOW 14

| ✓ | ORDER | INITIALS |
|---|---|---|
| | HCT. | |
| | UA | |
| | HCG | |
| | BS-F/BS-R | |
| | CBC | |
| | Urine culture | |
| | Throat culture | |
| | Stool culture | |
| | STS | |
| | GC | |
| | PAP | |
| | Pelvic | |
| | Breast | |
| | Mammogram | |
| | Rectal | |
| | Chest X-ray | |
| | EKG | |
| | Soak | |
| | Hep B # | |
| | Hep A # | |
| | OPV # | |
| | OTP # | |
| | DT aP # | |
| | DT | |
| | Td | Current |
| | MMR # | |
| | Varicella | |
| | Influenza | |
| | Hib TITER/ ActHIB # | |
| | Pedvax HIB # | |
| | Pneumo Vax | |
| | PPD | mm |

HR # SSN #

NAME

SA[illegible]04748 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
GR[illegible] NANCY SEX
10-11-53 2 022 002 TRIBE
RESIDENCE [illegible]4

REVISIT/REFERRAL TO: DATE TIME

PURPOSE:

INSTRUCTIONS TO PATIENT:

CONFIDENTIAL

Type of Decision Making
Straightforward
Low Complexity
Moderate Complexity
High Complexity

FACILITY DATE PROV. SIGNATURE

STATE OF OKLAHOMA

# CERTIFICATE OF DEATH

LOCAL FILE NUMBER

STATE FILE NUMBER

1. DECEDENTS NAME (First, Middle, Last): NANCY GRASS
2. SEX: F
3a. DATE OF DEATH (Month, Day, Year): 10/18/2000
3b. TIME OF DEATH: 8:44pm

4a. PLACE OF DEATH (Check only one) HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)
4b. FACILITY NAME (If not institution, give street and number): Hillcrest Medical Center
4c. CITY, TOWN, OR LOCATION OF DEATH: Tulsa
4d. INSIDE CITY LIMITS ☒ Yes ☐ No
4e. COUNTY OF DEATH: Tulsa

5. ☒ MARRIED ☐ NEVER MARRIED ☐ WIDOWED ☐ DIVORCED
6. SURVIVING SPOUSE (If wife, give maiden name): John Grass

7. SOCIAL SECURITY NO.: 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
8a. Age Last Birthday (Years): 47
8b. Under 1 Year: Months / Days
8c. Under 1 Day: Hours / Minutes
9. DATE OF BIRTH (Month, Day, Year): 10/11/1953

10. BIRTHPLACE (City, and State or Foreign Country): Strang, OK
11a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life): Teaching Assistant
11b. KIND OF BUSINESS/INDUSTRY: Education
12a. RESIDENCE–STATE: Oklahoma
12b. COUNTY: Mayes
12c. CITY, TOWN, OR LOCATION: Locust Grove
12d. STREET AND NUMBER: HCR 64 Box 716
12e. INSIDE CITY LIMITS? ☐ Yes ☒ No
12f. ZIP CODE: 74352
13. WAS DECEDENT OF HISPANIC ORIGIN? ☐ Yes ☒ No (If Yes, specify Cuban, Mexican, Puerto Rican, etc.)

14. RACE–American Indian, Black, White, etc. Specify: Native American
15. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary / Secondary (0–12): 12 College (1–4 or 5+)

16. FATHER'S NAME (First, Middle, Last): Clifford Fisher, Sr.
17. MOTHER'S NAME (First, Middle, Maiden Surname): Mary Jane Chicken

18a. INFORMANT'S NAME (Type/Print): John Grass
18b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): HCR 64 Box 716, Locust Grove, OK 74352

19a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Donation ☐ Removal from state ☐ Other (Specify)
19b. PLACE OF DISPOSITION (Name of cemetery, crematory or other place): McClain Cemetery
19c. DATE OF DISPOSITION: 10/21/2000
19d. LOCATION –City or Town, State: Locust Grove, OK
20a. FUNERAL HOME AND ADDRESS (Street or R.F.D. No., City or Town, State, Zip): Locust Grove Funeral Home, Locust Grove, OK
20b. FUNERAL DIRECTOR: Joe D. Caldwell
20c. SIGNATURE: J D Caldwell

21a. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. *List only one cause on each line.*

| | Cause | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. | Cardiopulmonary Arrest | 10 min. |
| Due to (or as a consequence of): b. | Cardiogenic Shock | 5 hours |
| Due to (or as a consequence of): c. | Subacute Bacterial Endocarditis | 3 months |
| Due to (or as a consequence of): d. | | |

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST

PART II. OTHER SIGNIFICANT MEDICAL CONDITIONS (not directly contributing to death.)

21b. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No
21c. AUTOPSY AUTHORIZED BY:
21d. WAS BODY VIEWED? ☒ Yes ☐ No

22. MANNER OF DEATH ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending investigation ☐ Could not be determined

23a. DATE OF INJURY (Month, day, Year)
23b. TIME OF INJURY
23c. INJURY AT WORK ☐ Yes ☐ No
23d. DESCRIBE HOW INJURY OCCURRED